IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KATRINA D. LEWIS,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | No. 3:26-CV-1204-E-BW |
| ESSEX MORTGAGE, et al.,<br>Defendants. | §<br>§<br>§ | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **DENIES** Plaintiff's Motion to Remand (Doc. 5) and will by separate judgment **DISMISS** this action will be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. Defendant's Motion to Dismiss (Doc. 8) is **DENIED** as moot.

**SO ORDERED** this 14th day of September, 2026.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE